**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Guadalupe FERNANDEZ–PENA,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee**

v.

**Guadalupe Fernandez, Defendant–**
**Appellant.**

**Nos. 08–40971, 08–40972**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

804

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal, Public Defender Federal Public Defender's, Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Guadalupe Fernandez–Pena (Fernandez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fernandez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.